## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| V. ) | CASE NO. 21-000227-M |
| ) | |
| PHILLIP BROMLEY, ) | |
| ) | |
| DEFENDANT. ) | |

### NOTICE OF APPEARANCE

COMES NOW, Richard S. Jaffe, Attorney for Defendant, Phillip Bromley, and hereby respectfully requests that this Honorable Court enters their Notice of Appearance for said Defendant in the above-styled case.

RESPECTFULLY SUBMITTED,

*l/s Richard S. Jaffe*
RICHARD S. JAFFE

OF COUNSEL:
JAFFE, HANLE, WHISONANT & KNIGHT, P.C.
2320 ARLINGTON AVENUE SOUTH
BIRMINGHAM, AL 35205
205-930-9800

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 12th day of April 2021 served a copy of the foregoing by electronically filing to all parties involved.

*l/s Richard S. Jaffe*
RICHARD S. JAFFE