AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>PHILLIP ANDREW BROMLEY<br><br>Defendant | ) Case: 1:21-mj-00227<br>) Assigned to: Judge Faruqui, Zia M<br>) Assign Date: 2/12/2021<br>) Description: COMPLAINT W/ARREST WARRANT<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   PHILLIP ANDREW BROMLEY
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)- Unlawful Entry to Restricted Building
40 U.S.C. § 5104(e)(2)- Disorderly Conduct on Capitol Grounds

2021.02.12
17:31:19 -05'00'

Date:   02/12/2021

*Issuing officer's signature*

City and state:   Washington, DC

ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/12/21, and the person was arrested on *(date)* 2/17/21
at *(city and state)* Birmingham, AL

Date: 2/17/21

*Arresting officer's signature*

TFO Jonathan Smitherman
*Printed name and title*