# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : No. 21-CR-250 |
| PHILLIP BROMLEY, | : |
| Defendant. | : |

## ORDER

Before the Court is a Joint Motion to Continue Status Conference. For the reasons set forth therein, it is hereby

**ORDERED** that the current status hearing set for 2:00 p.m. on September 14, 2021 be continued to __December 17__, 2021 at __2:00pm__; and it is further

**ORDERED** that the time between September 14, 2021 and __December 17__, 2021 be excluded from calculation of the time within which the indictment must be returned and the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, because the continuance will allow for the continued provision and review of discovery in this unusual and complex case, and will grant counsel for the defendant and the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Proceeding to trial without this continuance would be likely to result in a miscarriage of justice, would make it unreasonable to expect adequate preparation for pretrial proceedings and trial itself due to the unusual and complex nature of the prosecution, and would deny counsel for both parties the time

necessary for effective preparation.  *See* 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).


DATE:   September 10, 2021

                                                                    _____
                                                                    PAUL L. FRIEDMAN
                                                                    United States District Judge