**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry: 07/29/2021

Phillip Andrew Bromley (BROMLEY), ▮▮▮▮▮▮▮▮▮▮. After being advised of the identity of the interviewing Agents and Task Force Officer and the nature of the interview, BROMLEY provided the following information:

▮▮▮▮▮▮▮▮ While in Washington D.C. BROMLEY stated he did not meet up with any other individuals.

BROMLEY stated he rented an SUV from Budget Rental Company to travel to Washington D.C. on January 4th, 2021. BROMLEY ▮▮▮▮ arrived at an Airbnb late on the night of January 4th. BROMLEY could not recall the location of the Airbnb where he stayed.

On January 5, 2021, BROMLEY ▮▮▮▮ spent the day visiting various tourist sites in the area. BROMLEY stated he paid for the expenses of the trip by charging them to his credit card. BROMLEY stated he did not receive any financial assistance to cover the cost of the trip.

On January 6, 2021, BROMLEY stated he ▮▮▮▮ ate breakfast then took an Uber ▮▮▮▮ dropped off near the Washington Monument. When BROMLEY arrived near the Washington monument there was a rally where President Trump was speaking. After the rally, BROMLEY stated he began walking toward the Capitol with a large group of people.

After walking a short distance, BROMLEY said he entered an open door on the Capitol. BROMLEY stated from the best of his memory the door was located on the south side of the Capitol. BROMLEY stated there were no signs, barricades or law enforcement blocking the entrance at this door in to the Capitol.

**UNCLASSIFIED//FOUO**

Investigation on 07/21/2021 at Alabama, Alabama, United States (In Person)

File # 176-WF-3366759-BROMLEY, 266O-BH-3375781, 266T-BH-3368699   Date drafted 07/26/2021

by SMITHERMAN JONATHAN MIKUL, RUSSELL WILD

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; and its contents are not to be distributed outside your agency.

UNCLASSIFIED//FOUO

176-WF-3366759-BROMLEY

Continuation of FD-302 of (U//FOUO) Interview of Phillip Bromley, On 07/21/2021, Page 2 of 3

Once inside the Capitol, BROMLEY stated he went down a long hallway and then turned down another short hallway.  At this point BROMLEY saw a large group of people gathered up at a door and heard a gunshot.  BROMLEY stated after this he saw a female that had been shot lying on the ground. After seeing this BROMLEY turned around, prayed and left the same way he had entered.

BROMLEY stated he did not take anything from the Capitol nor did he destroy or damage anything inside the Capitol.  BROMLEY stated he observed an older white male in a tan or brown hat go to a Capitol Police Officer and attempt to move the officer by putting the officer in a bear hug.  BROMLEY said the unidentified male was not successful in moving the officer.  This was the only confrontation BROMLEY witnessed inside the Capitol.  BROMLEY stated by his recollection he was in the Capitol for eight to ten minutes.



After leaving the Capitol, BROMLEY stated he did not re-enter the building at any point.  BROMLEY ▓▓▓▓▓▓▓▓▓▓ then began to make their way out of the area.

While exiting the area, BROMLEY stated he rendered medical aid to several individuals who appeared to be injured.  One of the individuals BROMLEY stated was a person who had a plastic projectile lodged in his cheek.  BROMLEY removed this projectile and rendered aid.  BROMLEY stated the individual was named ▓▓▓▓▓▓ and he was from Leeds, AL.  According to BROMLEY some time later ▓▓▓▓▓▓ sent BROMLEY a message thanking him for rendering aid to him.  BROMLEY stated he promptly deleted the message as he did not want to have anything to do with ▓▓▓▓▓▓.

BROMLEY stated while walking away from the area he again rendered basic first aid to several individuals along the way.

BROMLEY ▓▓▓▓▓▓▓▓▓▓ left Washington D.C. on January 7th and

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

176-WF-3366759-BROMLEY

Continuation of FD-302 of (U//FOUO) Interview of Phillip Bromley ,On 07/21/2021 ,Page 3 of 3

traveled back to the Birmingham, AL.

BROMLEY stated he was only active on the social media platform known as Parler. After the events of January 6th BROMLEY stated he deleted this app and has not communicated with anyone since then. BROMLEY stated he has not attended any political events or rallies since January 6th nor does he plan on attending any events in the future.

UNCLASSIFIED//FOUO