FD-302 (Rev. 5-8-10)



UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    01/19/2022

    Phillip Andrew Bromley (BROMLEY), ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. After being advised of the identity of the interviewing Agents and Task Force Officer and the nature of the interview, BROMLEY provided the following information:

    In the presence of counsel of interviewing Agents and Task Force Officer, BROMLEY unlocked his Apple iPhone and allowed the contents of the phone to be reviewed. During the course of the interview, BROMLEY was asked if there were any texts, photos, videos, or any other media posts on the phone that were related to the events of January 6, 2021.

    BROMLEY showed interviewing personnel photos taken around the Capitol grounds and photos of the Trump rally on January 6, 2021. BROMLEY stated he did not have any photos of the inside of the Capitol or of individuals attempting to enter the Capitol Building. BROMLEY produced texts messages from his wife and cousin, but these texts did not include any evidentiary value related to January 6, 2021. BROMLEY did state he received a message from ▮▮▮▮▮▮▮▮▮▮ thanking him for rendering medical aid but BROMLEY promptly deleted this message. BROMLEY stated the phone did not contain any additional posts, texts or media relating to January 6, 2021.

UNCLASSIFIED//FOUO

| | | |
|---|---|---|
| Investigation on | 07/21/2021 at | Birmingham, Alabama, United States (In Person) |
| File # | 266O-BH-3375781, 176-WF-3366759-BROMLEY | Date drafted   01/07/2022 |
| by | SMITHERMAN JONATHAN MIKUL, RUSSELL WILD | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.