# Exhibit B

# (provided to the Court via USAfx)