**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **V.** | ) | **CASE NO. 21-000250-001** |
| | ) | |
| **PHILLIP BROMLEY,** | ) | |
| **DEFENDANT.** | ) | |

**SENTENCING MEMORANDUM ON BEHALF OF PHILLIP BROMLEY**

**Introduction**

This sentencing memorandum is being offered to this Honorable Court in an effort to present a true and accurate representation of who Phillip Bromley is through the eyes of those who know him best. 29-character letters are attached to this memorandum (Exhibit A), providing this Honorable Court with valuable insight into the type of man Mr. Bromley is and what he means to so many. In addition, this memorandum is offered to highlight Mr. Bromley's early acceptance of responsibility, cooperation with the government and explain why a non-custodial sentence is warranted in accordance with 18 U.S.C. § 3553(a).

Phillip Bromley will soon come before this Court for sentencing. The Sentencing Reform Act requires this Court to impose a sentence which is "sufficient, but not greater than necessary", to accomplish the various legitimate purposes of

sentencing. 18 U.S.C. 3553(a)(2). Mr. Bromley has taken responsibility for his behavior and is truly remorseful for his actions. We respectfully ask the Court to consider Mr. Bromley's life work and not a single incident when he was at his worst.

> I'm not defending his error in judgement of being involved in the events of early January.
>
> I believe with all my heart that he is of tremendous value to his family, his friends, and his community.  I believe this because I've seen and experienced the type of man and friend he is on almost a daily basis over the past decade.

- Words from Dr. Robert Thornton.

> What he was a part of in Washington D.C. that day is not an accurate representation of his character or the values that govern his life and decision-making.  Since that day, Phillip has had time to process all that has happened, and I have spent several hours on the phone with him. Based on our conversations, it is my opinion that he is deeply remorseful for his actions.  He has disengaged entirely from political discourse and he looks forward to getting an opportunity to turn this mistake into a positive learning experience; his desire is to continue to live out his calling and serve the people of Birmingham once again.

- Words of James Alan Wood MSN, BSN, CRNA, former student and now co-worker of Mr. Bromley

## Application of the Statutory Factors to the Facts of this Case

### Nature and Circumstances of the Offense and the History and Characteristics of the Offender [ 18 U.S.C. § 3553(a)]

The ultimate command of 18 U.S.C. 3553(a) is, after considering the following factors, to impose a sentence that is "sufficient, but not greater than necessary", to comply with the purposes set forth in subsection (a)(2). This is the so-

called parsimony provision, which requires District Courts to *impose the minimum punishment needed to satisfy the purposes of sentencing*; those being just punishment, deterrence, protection of the public and the rehabilitation of the defendant. Likewise, this requires the District Court to consider Mr. Bromley and his sentence based on those unique factors which come into consideration in this particular case and involving this particular defendant.

We respectfully submit the Court should consider those sentencing factors in the following way:

### a. 18 U.S.C. 3553(a)(1) - Nature and Circumstances of the Offense

Mr. Bromley entered a guilty plea to count two of the information to the offense of disorderly conduct in a capitol building, in violation of Title 40, United States Code, Section 5104(e)(2)(D). ). Mr. Bromley has seen the footage of his conduct and is deeply embarrassed and ashamed. He is overcome with emotion that he allowed himself to be caught up in the moment and that he acted without the discipline that he strives to model every day.

Mr. Bromley then chose to do the next right thing, he promptly accepted responsibility for his actions.

### 18 U.S.C. 3553(a)(1) - History and Characteristics of the Offender

Phillip Bromley stands before this Honorable Court prepared to accept the sentence that most appropriately fulfills the requirements of 18 U.S.C. § 3553(a). Mr. Bromley is a forty-eight (48) year-old husband and father. He was born in Birmingham, Alabama to Charles and Gladys Bromley. While Mr. Bromley had loving parents, as a child he found himself in the middle of loud outbursts and misunderstandings. His mother is deaf, and his father is hard of hearing which made communication an issue between his parents. A young Phillip was left to help them communicate with one another.

Mr. Bromley has been an excellent father and cares deeply for his family. He has a twenty-three (23) year old daughter from a previous marriage who is currently in the United States Navy, stationed in Guam.

Mr. Bromley has been married to Emily Bromley since 2007. They have a four-year-old son together, E.B. Those that know Mr. Bromley best describe him as dependable, honest and caring.

> I have always known Phillip to be dependable, honest, courteous, responsible and always willing to step up to help others.  We have attended the same church during this time and led/co-led a men's bible study small group together for several years.  I watched him grow as a leader and understand that he led a bible study small group with some of his work associates as well.  Phillip served on the volunteer church team to provide first aid when needed.  Phillip always had a passion for helping others in need and I think that he has proven that in his life professionally and personally.
>
> - Words from Benjamin Williams, friend of Mr. Bromley

He has personally mentored my son, his nephew, for years and regularly encourages him as he is growing into young adulthood. For example, when my son turned 13, Phillip drove from out of town to spend the weekend with him, my husband and some other men to pour into my son, speaking to him about becoming a man and ensuring him that his uncle would always be in his corner. His words and thoughtful gift are something my son still speaks of and remembers. His encouragement has been invaluable.

- Words from Amanda Reutter, Mr. Bromley's sister-in-law.

Phillip and I each have sons that are five days apart in age (born at the same hospital, in the same room, no less!). Through this fun dynamic, I have watched Phillip be a husband and father that inspires me. The way he speaks to his family, regardless of the circumstance, is not only touching, but also somewhat convicting to me. When I've heard their conversations, they are continually laced with tenderness, love, and a significant depth of compassion.

- Words from friend, Brian B. Thach

Mr. Bromley has strived to be a productive member of society and to help those in need. He was enlisted in the US Army Reserves from 1993-1999. He received his nursing license in 1995 and then went to Auburn and received his bachelor's degree in 2005. Mr. Bromley was also in the National Guard as a medic from 2002-2006. He then received his master's degree in nurse anesthesia from University of Alabama – Birmingham in 2010, as well as his CRNA license. He is certified in Pediatric Advanced Life Support, Basic Life Support and Advanced Cardiovascular Life Support.

After receiving his CRNA license Mr. Bromley worked for Princeton Baptist Medical Center in Birmingham, Alabama until 2021. While there he had a tremendous impact on his co-workers and those patients that he treated, becoming the Chief CRNA at the hospital.

> Philip is clearly the best trained, best prepared, most dedicated and mature CRNA with whom I have had the privilege to work throughout my years as a surgeon.

- Words from Dr. Michael A. Drummond

> Once I even had a surgeon become upset at me because Phillip wasn't assigned to work in his operating room every single day. "Dr. Johnson", he said "In my opinion, every nurse anesthetist needs to ask one question while they are in my room – 'WWPBD'- What would Phillip Bromley do?"

- Words from physician anesthesiologist Philip Johnson, MD

> Phillip and I have personally taken care of thousands of critically ill patients in the most medically underserved and impoverished area of Birmingham. I have witnessed his compassion, kindness and commitment to his patients in the most stressful and daunting situations. His dedication to protecting his patients and in supporting his colleagues is beyond reproach. Phillip's remarkable character led him to be appointed as the chief nurse anesthetist of our division as well as the head clinical instructor responsible for training future nurse anesthesia students. One of his greatest qualities is his strong sense of duty and honor which I believe he derives from his exemplary military service as well as his unwavering Christian faith. In summary, I have come to know Phillip as a selfless protector and I would take comfort to see him watching over me or my family in a time of need.

- Words from Dr. Arpan J. Patel, Mr. Bromley's former employer.

He is fondly thought of by all his peers, not only in the anesthesia department, but throughout his workplace. Phillip is meticulous in patient care. Every patient in he encounters receives individual respect. He is a true advocate for every single individual in his care. The surgeons and staff have all witnessed the latter, creating a sense of confidence for the care that each of the patients receive at our facility that Phillip has the opportunity to care for.

- Words from Mr. Bromley's former co-worker and friend, Brittany Denson, CRNA, MSN, RN.

He has been an incredible asset in our department. He has been our chief nurse anesthetist for the past few years. This was quite an honor and not one we put on someone lightly. A Chief has to demonstrate excellent character, dependability, empathy, integrity, and adaptability. One has to be able to work well with others and manage a plethora of personalities. Phillip did a phenomenal job in earning and maintaining the respect of his colleagues. Outside of our work relationship, Phillip is the type of man that I would call first if I truly needed help. I count him as a dear friend. He is dependable. He cares deeply for others. He has integrity.

- Words form Dr. Robert Thornton, physician anesthesiologist and longtime co-worker of Mr. Bromley

Due to his actions on January 6, 2021 Mr. Bromley was forced to leave his job at Princeton Baptist that he cared deeply about. Due to being out of work for a period of time he lost over $100,000 in income. Since that time, he has begun work in a small rural community hospital, roughly an hour and a half from his home and has immediately become irreplaceable.

Russell Medical is a smaller community hospital in rural Alabama and provides surgical services to a four county area. **Phillip is an integral part of our surgical/anesthesia department and his absence would impact our ability to deliver timely and appropriate care**.

- Words from Dr. George Nelson Cooper. Jr., chief anesthesiologist at Russell Medical Center

Mr. Bromley hopes to continue working at Russell Medical, located an hour outside of Birmingham, AL, and to provide excellent patient care to a very underserved community.

**The Need for the Sentence Imposed to Promote Certain Statutory Objectives [18 U.S.C. § 3553(a)(2)]**

18 U.S.C. 3553(a)(2) directs the Court to consider the need for the sentence imposed (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (B) to afford adequate deterrence to criminal conduct; (C) to protect the public from further crimes of the defendant; and (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

First, with regard to the need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense, the defendant asserts that a non-custodial sentence is more than adequate to meet those needs. Mr. Bromley was forced to leave a job that he worked hard for and loved as a result of his actions. When combined with the national attention resulting in shame and humiliation, a non-custodial sentence is adequate to reflect the seriousness of the offense, promote respect for the law, and to provide just punishment.

Second, with regard to the need for the sentence imposed to provide adequate deterrence and protect the public from further crimes of the defendant, this Court should find a non-custodial sentence is sufficient to protect the public and to deter further criminal conduct on the part of Mr. Bromley. Before this Mr. Bromley had never been in contact with Law Enforcement and had no criminal history. Since January 6th Mr. Bromley has actively taken steps to get his life on the right track, resuming work, taking care of his family and continuing counseling sessions. This Honorable Court can rest assured that Mr. Bromley will resume being a law-abiding member of society, as he was his entire life until January 6th and since this incident took place.

Third, with regard to the need for the sentence imposed to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner, the Court should find the sentence to be imposed does not require any particular terms and conditions under this section.

Fourth, many believe the longer the sentence, the greater the deterrent effect on the individual. However, empirical research shows no relationship between sentence length and deterrence. Numerous studies have found that "deterrence works," in the sense that there is less crime with a criminal justice system than there would be without one. However, the findings are uniformly negative in that there is

no evidence that longer sentence lengths reduce crime through deterrence.[2] Empirical research on general deterrence shows that while certainty of punishment has a deterrent effect, "increases in severity of punishments do not yield significant (if any) marginal deterrent effects."[3]

Researchers have also found an increased likelihood that lower-risk offenders will be more negatively affected by incarceration.[4] With a non-custodial sentence, Mr. Bromley avoids the risk of becoming institutionalized and losing his contacts in the community.

Therefore, a non-custodial sentence imposed by this Honorable Court will send the appropriate message loud and clear and serve as an adequate deterrent.

**18 U.S.C. § 3553(a)(3) and (a)(4)-**
**The Kinds of Sentences and Advisory Sentencing Guidelines Range**

As to 3553(a)(3) and 3553(a)(4), the Court considers both the statutory range of punishment and the advisory guidelines calculations as correctly calculated by the United States Probation Office.

The U.S. Probation Office has calculated the advisory sentencing guidelines in this matter and determined the total offense level to be a 10, when combined with a criminal History Category of I, results in a guideline range of 6-12 months.

Mr. Bromley maintains his objections to the obstruction enhancement, and once removed his offense level is an 8, with a corresponding guideline sentencing range of 0-6 months.

Although the United States Sentencing Guidelines are to be considered, they cannot be substituted for this Court's independent determination of an appropriate sentence, including all the § 3553 factors. *See Nelson v. United States*, 555 U.S. 350, 352 (2009) ("Our cases do not allow a sentencing court to presume that a sentence within the applicable Guidelines range is reasonable .... The Guidelines are not only not mandatory on sentencing courts; they are also not to be presumed reasonable); *See also Spears v. United States,* 555 U.S. 261, 263-64 (2009). As explained by the Supreme Court in *Rita,* while the Guidelines are the starting point, they "are not the only consideration." *Rita v. United States,* 551 U.S. 338, 347-348; *Gall v. U.S.,* 552 U.S. 38, 47 (2007). All the § 3553(a) factors are to be considered and the judge "may not presume that the Guidelines range is reasonable." *Id.* at 351. "[The Judge] must make an individualized assessment based on the facts presented." *Gall,* 552 U.S. at 50.

Applying the facts of this case and this Defendant it is clear that a non-custodial sentence would meet the needs of sentencing as pronounced in the § 3553(a) factors.

**18 U.S.C. § 3553(a)(6) - The Need to Avoid Unwarranted Sentencing Disparities**

18 U.S.C. 3553(a)(6) directs this Court to consider "the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct." A non-custodial sentence as requested in this memorandum would not create any unwarranted disparities to cases with similar facts.

Previous sentences imposed on other defendants who plead guilty to the same offense support a non-custodial sentence to ensure uniformity in sentencing. For example, in United States v. Bustle, 21-CR-0238(TFH), the defendants were sentenced to 24 months of probation. In United States v. Morgan Lloyd, 21-CR-0164(RCL), the government recommended probation and Judge Lamberth sentenced Morgan Lloyd to 36 months of probation. Brandon Straka in 1:21-cr-579-DLF was sentenced to home detention, as was Brittany Dillon in 1:21-cr-360-DLF. These cases are similar to the instant matter.

Cases in which incarceration was given for the same offense as Mr. Bromley involve substantially different conduct than that of Mr. Bromley. For example, in 1:21-cr-148-JEB and 1:21-cr-467 the defendants together scaled a wall to enter the Capitol. 1:21-cr-148-JEB, Doc. 25 Pg 4-5. The defendants then walked upstairs, and one even went inside the Speaker's conference room. The two spent nearly 40 minutes inside of the Capitol. *Id.* at 8. They were sentenced to 45 days incarceration. *Id.* In sharp contract Mr. Bromley walked through an open door and spent less than 10 minutes inside the capital. *Statement of offense.*

A sentence of probation would also be consistent with the nature and circumstances of the offense, and the history and characteristics of the defendant.

It is clear that uniformity in sentencing across the County remains an important consideration in sentencing. Avoiding unwarranted sentencing disparities is to ensure punishment remains consistent. Sentencing Mr. Bromley to a non-custodial sentence would ensure there are no sentencing disparities.

## Conclusion

Undersigned counsel submits that an appropriate sentence would be a non-custodial sentence with such terms and conditions as the Court deems necessary. A term of probation is a substantial restriction on Mr. Bromley's freedom. "Inherent in the very nature of probation is that probationers 'do not enjoy the absolute liberty to which every citizen is entitled." *United States v. Knights,* 534 U.S. 112, 119 (2001) (*quoting Griffin v. Wisconsin,* 483 U.S. 868, 874 (1987). He will no longer be able to change or make decisions about where he lives or works without first seeking authorization from his Probation Officer. *Gall v. U.S.,* 552 U.S. 38, 44 (2007).

Therefore, a non-custodial sentence would be appropriate under the circumstances of this case and would substantially meet the needs of sentencing as pronounced in 18 U.S.C. 5335(a).

RESPECTFULLY SUBMITTED,


*l/s Richard S. Jaffe*

RICHARD S. JAFFE


*l/s Michael W. Whisonant, Jr.*

MICHAEL W. WHISONANT, Jr.


OF COUNSEL:

JAFFE, HANLE, WHISONANT & KNIGHT, P.C.

2320 ARLINGTON AVENUE SOUTH

BIRMINGHAM, AL 35205

205-930-9800


## <u>CERTIFICATE OF SERVICE</u>


I do hereby certify that I have on this the 26th day of April 2022 served a copy of the foregoing by electronically filing to all parties involved.


*l/s Michael W. Whisonant, Jr.*

MICHAEL W. WHISONANT, Jr.

# EXHIBIT A

**Amanda A Reutter**

April 13, 2021

The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue, N.W.
Washington, D.C. 20001

       Re:   <u>United States v. Phillip Bromley</u>
           Case No.    1:2021cr00250

Dear Judge Friedman:

I understand Phillip Bromley will be coming before you in the near future for sentencing. I do not know much about the case, but I have known Phillip for over 15 years. You see, Phillip is my brother-in-law and one of the kindest, most responsible and loving people I know.

His attorney suggested that my writing to you might be of some benefit in the overall disposition of his case, and so I am writing to express how strongly I feel that Phillip is worthy of your favorable consideration.

Judge, Phillip is worth saving. He is a highly respected, upstanding member of his church and community. He is respected and looked-up to by his colleagues and friends. He has personally mentored my son, his nephew, for years and regularly encourages him as he is growing into young adulthood. For example, when my son turned 13, Phillip drove from out of town to spend the weekend with him, my husband and some other men to pour into my son, speaking to him about becoming a man and ensuring him that his uncle would always be in his corner. His words and thoughtful gift are something my son still speaks of and remembers. His encouragement has been invaluable. This could be said of my other three children as well. He is consistent to teach my children practical outdoor skills such as fishing, camping, and identification of items in nature every time they are together. They all adore their "Uncle Tito".

He has raised one son and is currently raising another who needs him every day of his life. He is an excellent, involved father and husband who loves and supports his family like none other. He is teaching his son, by his daily presence, that he is

loved and valued. He is raising him to be kind, respectful, and thoughtful; a man of integrity just like he raised his first son who is now a Navy Corpsman. His older son, who I've known for most of his life, shows by his character what a wonderful father Phillip was and is to him and his younger son deserves the same benefit from his father's daily presence in his life. He is a loving and supportive husband and my sister needs him.

He contributes to the well-being of others in his role as a nurse anesthetist and as a leader in his own family.  I have frequently been told that surgeons he works with respect him, his knowledge and work ethic as well as enjoying him as a co-worker. I really do not believe that it would be a benefit to society to incarcerate him for any period of time under the circumstances.  I know that he wants and needs to support his family, financially, but also emotionally and spiritually.  I know he is truly sorry for the circumstances which have brought him before you and I do not feel he needs rehabilitation, deterrence, or excessive punishment.  My hope is that you will see fit to consider him for leniency and mercy.

I would welcome an opportunity to discuss this matter with you at length, but the distance and the expense are substantial.  However, if you would prefer to see me, I will try to make arrangements to come and testify on his behalf.  Perhaps this letter will be an indication of my feelings and knowledge of Phillip.

Amanda Reutter

**Benjamin Williams**

4/18/2021

The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   <u>United States v. Phillip Bromley</u>
Case No.    1:2021cr00250

Dear Judge Friedman:

I understand Phillip Bromley will be coming before you soon for sentencing.  I hope that you will accept this letter from me to attest to Philip's character.

I have known Phillip for over 10 years.  Our wives introduced us, and we have been close friends ever since.  I have always known Phillip to be dependable, honest, courteous, responsible and always willing to step up to help others.  We have attended the same church during this time and led/co-led a men's bible study small group together for several years.  I watched him grow as a leader and understand that he led a bible study small group with some of his work associates as well.  Phillip served on the volunteer church team to provide first aid when needed.  Phillip always had a passion for helping others in need and I think that he has proven that in his life professionally and personally.  He has always shown a love for his country and hoped that his son would serve in the military.  I watched him raise his son, Mitchell, who is now serving his country in the Navy and in the medical field.  I truly believe that Phillip's love of his country and his passion to help and heal people was transferred to his son and that legacy is being lived out today.

His attorney thought that writing to you may benefit Phillip in the disposition of his case.

Judge, Phillip Bromley is worth saving.  I strongly believe that there would be no benefit to society in having him incarcerated for any length of time under his circumstances.  He wants and needs to provide support for his wife and young son.  I have personally witnessed how truly sorry he is that any of this happened.  I do not believe that he needs any kind of rehabilitation or excessive punishment.  I trust that you will witness Phillip's character during these proceeding and hope that you will consider leniency and mercy for Phillip and his family.

Thank you for your consideration.

Benjamin Williams

CHURCH OF THE
HIGHLANDS

April 20, 2021

The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: <u>United States v. Phillip Bromley</u>
Case No.    1:2021cr00250

Dear Judge Friedman:

My name is Brian Thach, and I have the honor of serving on the Full Time staff at Church of the Highlands. I understand Phillip Bromley will be coming before you in the near future for sentencing. With that in mind, I wanted to take this opportunity to share with you regarding my relationship with Phillip as well as make a statement regarding the strength of his character.

I have had the privilege of knowing Phillip for over six years now. We met in 2015 when he joined the church Small Group I was hosting in my home. We quickly developed a strong and genuine friendship which has not wavered through time. The first thing that stood out to me about Phillip was his sincere devotion to the Lord Jesus Christ and his genuine desire to honor Him with the entirety of his life. It is evident that the discipline formed in him through his years of service in the United States Army Reserves and National Guard actively shapes his character as he is one to always show significant reverence and honor to God and others. I've long held a deep admiration of his mild-mannered nature in that he is remarkably slow to speak, always quick to listen, and very disciplined in his actions. He walks with a humility that very few people seem to have this day in age.

Phillip and I each have sons that are five days apart in age (born at the same hospital, in the same room, no less!). Through this fun dynamic, I have watched Phillip be a husband and father that inspires me. The way he speaks to his family, regardless of the circumstance, is not only touching, but also somewhat convicting to me. When I've heard their conversations, they are continually laced with tenderness, love, and a significant depth of compassion.

Through the years, Phillip and I have spent a fair amount of time with each other in a myriad of situations. Whether it's worshipping God together, hunting, fishing, sharing a meal with our families, doing Small Groups, or just passing each other in the neighborhood, his consistency in character stands out. Phillip is a man

who I have witnessed take great lengths to guard what he says about other people. Striving to always speak life, he continually makes noticeable effort to speak truthfully and graciously about others. He is one of the most generous men I have ever met, offering himself in any capacity regardless of the implications to himself. He has a deep conviction to love and protect those the Lord has brought into his life, whether through friendship, family, or acquaintance.

Judge, as you take the time to review his case, I would ask you consider the vastness of his longstanding commitment to serve, protect, and love humanity rather than the brevity of the circumstance which has brought him before you. Phillip's contributions to this nation over the years, along with his daily contribution to society, is something that cannot be overstated. I hold fast to the notion that our world is in dire need of more men of the quality and character of Phillip Bromley. I believe it would be detrimental to our society to have him incarcerated for any length of time. Phillip is an upstanding citizen, a caring husband, a loving father, and a generous friend. With this in mind, I pray you will see fit to consider him for leniency and mercy regarding this circumstance.

My prayer and hope is that my words shared here stand to adequately reflect how highly I think of Phillip. While I know circumstances may not allow, I welcome an opportunity to discuss this matter with you at any length. However, if by any chance you would prefer I share this in person, I would be honored to come and testify on his behalf.

Thank you for your time and kind consideration.

Sincerely,

Brian B. Thach

March 5, 2021

To whom it may concern:

I have known Phillip Bromley for ten years. I have had the opportunity to witness him in many settings and different roles through the years. Phillip and I began working together at Princeton Baptist Medical Center in 2011 as peer nurse anesthetists in the anesthesia department. Phillip is an extremely competent anesthesia provider as evidenced by his ability to regularly provide care in the the most difficult and acute cases in the operating room, with good patient outcomes. He is fondly thought of by all his peers, not only in the anesthesia department, but throughout his workplace. Phillip is meticulous in patient care. Every patient in he encounters receives individual respect. He is a true advocate for every single individual in his care. The surgeons and staff have all witnessed the latter, creating a sense of confidence for the care that each of the patients receive at our facility that Phillip has the opportunity to care for.

        After several years as a staff nurse anesthetist, Phillip took on his first leadership position with the department as student and education coordinator. He enjoyed pouring into the future of our profession. His respectfulness, fairness, effort, professionalism and kindness were given to every student that came under his tutelage.  These attributes were even acknowledged by his former students as he was awarded Outstanding Clinical Preceptor, which is voted on directly by students. After several years as student coordinator, Phillip asked me to assume the position as he would be transitioning to one of our departmental chief roles. Phillip was a fantastic mentor as I learned to navigate my new role. He provided guidance and encouragement more times than I can count. For this, I am grateful to him.

        Upon entering the department chief role our morale took a boost during a stressful and looming time, as the former chief held the role for more than 10 years. Phillip brought amazing energy to the position. As a department leader, he was competent, determined, organized, professional, hard-working, fair, and encouraging. Honorable. I could not think of a better boss to work under.

        Through the years, Phillip and his wife have become more than co-workers; they are friends and at one time church family. Phillip Bromley is steadfast in his love for the Lord and as a result, his love for others. Integrity, purposeful, hard-working, determined, genuine, and generous describe this man. He has proudly served this great country and defended our people and lands overseas. I would even say his time as an Alabama National Guardsman and in the Army Reserves defines part of him; Strong, dutiful, hardworking, and service for others. He truly feels convicted to speak for those who cannot speak for themselves and encourages others to do so as well. It has been an honor and privilege to work with him for the years that I have. I am blessed to call him a friend.


Many thanks for you time.


Sincerely,



Brittany Denson, CRNA, MSN, RN

Caleb D. Richardson

April 20, 2021

The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue N.W.
Washington, D.C. 20001

Re: United States vs. Phillip Bromley
Case No. 1:2021cr00250

Dear Judge Friedman:

My name is Caleb and I have been a Certified Registered Nurse Anesthetist (CRNA) for
the last year. Prior to that, I was a Registered Nurse in the ICU for over 5 years. It is my
understanding that my friend Phillip Bromley will be appearing before you in the near future for
sentencing.  While I do not know much about his case, I do know the type of man he is.  I have
known Phillip very closely for over eight years, as we have worked together at the same
institution in Birmingham, AL.  During my years of working alongside Phillip, as well as in
collaboration with him, I have gotten to know and trust this man with all that is in me. His
attorney conveyed that perhaps this letter on Phillip's character might help with determining of
the disposition of this case at hand.

Judge Friedman, Phillip Bromley is the man who many others look to for guidance.
Whether it be coworkers, family, friends, or even strangers, they all see the type of man he is.  It
is with clear eyes and a full heart that I tell you I strive to be half the man Phillip has been to
everyone around him.  Phillip has a servant's heart and I have witnessed it firsthand with him in
the operating room. I have watched him calm the anxious patients and family members prior to
surgery. I have watched him pray for every single patient he puts to sleep and that God guide his
skill set as well as give him a clear and focused mind to the task at hand. Speaking more on his
servant's heart, Phillip was set on serving his country during times of need. He was an active
U.S. Army soldier for over ten years. Phillip and I were both members of the 75th Combat
Support Hospital out of Tuscaloosa, AL. Something my father instilled in me is that there is no
greater character in a man than one who is willing to serve his country as well as his family,
which brings me to my next point.  Phillip is a man who loves and supports his family on every
level, including financially, emotionally, and spiritually.  I have watched this man influence
hundreds of lives in a positive manner, including myself and all of his family members. For one
to know Phillip Bromley, means that one knows family. Every single member of the Bromley
family depends on this man for a number of reasons. While I do not know all the details of a
certain event previously this year, I do know that I have never once witnessed Philip act out of
his normal character regardless of the situation. I do not personally feel that Phillip needs any

rehabilitation, harsh or excessive punishment, or any corrective action.  I hope and trust that my testimony to his character will provide enough insight to consider Phillip for leniency and mercy.

I will gladly welcome the opportunity to discuss this further should you see fit.  The only barrier for me would be work obligations and being a great distance away.  However, if you wish to see me, I will try to arrange to testify on this man's behalf.  It is my hope that this letter will be a brief indication of my feelings and knowledge of Phillip Bromley's character.

Very respectfully,

1LT Caleb D. Richardson

**Don Richardson**

**April 19, 2021**

The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: <u>United States v. Phillip Bromley</u>
Case No.   1:2021cr00250

Dear Judge Friedman:

I am under the impression that Mr. Phillip Bromley will be appearing before you for sentencing in the near future. His attorney thought my submitting a letter to you on his behalf, might be of some benefit in the outcome of his case.

I admit, I don't know much about the case, but I have known Phillip for a couple of years. I came to know him through my son, who was a co-worker and direct report of Phillip's.

As a father, I have always prayed that my children would be surrounded by excellent leaders, positive influences, and great friends. After hearing my son speak highly of Phillip on many occasions and spending time with him myself, I believe my prayers were answered.

With 40 plus years in a leadership role with my company, as well as various elected and voluntary leadership roles with other organizations. It has almost become second nature to recognize people of high character, kindness and generosity. The times I have spent with Phillips, my son, and others, he checks all the boxes.

Judge, I know that Phillips has a family that depends on him and he needs to be there to support his wife and kids. I know that he is truly sorry for what happened, and I really don't believe it would benefit society for him to be incarcerated for a long period of time under the circumstances. Nor do I believe he needs rehabilitation or excessive punishment. I sincerely hope and trust that you will give careful consideration to showing Phillip leniency and mercy in this matter.

I would welcome the opportunity to discuss this matter further, however due to the substantial expense, work commitments and distance, it would create a hardship. However, if you prefer to see me in person, I will try to make arrangements to come testify on Phillip's behalf. I hope this letter will serve as an indication of my feelings and knowledge of Phillip Bromley.

Sincerely,

Don Richardson

Dear Judge Friedman,

My name is Robert D. Thornton, M.D.  I have known Phillip Bromley for over ten years.

I am a physician anesthesiologist and Phillip has worked as a nurse anesthetist in my department during that time.

He has been an incredible asset in our department.  He has been our chief nurse anesthetist for the past few years.  This was quite an honor and not one we put on someone lightly.

A Chief has to demonstrate excellent character, dependability, empathy, integrity, and adaptability.  One has to be able to work well with others and manage a plethora of personalities.  Phillip did a phenomenal job in earning and maintaining the respect of his colleagues.

Outside of our work relationship, Phillip is the type of man that I would call first if I truly needed help.  I count him as a dear friend.  He is dependable.  He cares deeply for others.  He has integrity.

I'm not defending his error in judgement of being involved in the events of early January.

I believe with all my heart that he is of tremendous value to his family, his friends, and his community.  I believe this because I've seen and experienced the type of man and friend he is on almost a daily basis over the past decade.

Sincerely,

Robert Thornton, M.D.

Dr. Richard J. Lewis
April 10, 2021

The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue, N. W.
Washington, D. C. 20001

      Re:  **United States v. Phillip Bromley**
         **Case No.   1:2021cr00250**

Dear Judge Friedman:

    I am writing this letter in support of Phillip Bromley, the man I have come to know for over 10 years. I am not writing this in support of any of anything that may have prompted this action by law enforcement, but more as a witness to the character of this man.  I am in hopes that the court will provide leniency in this matter.
    I am the Chairman of the Department of Anesthesiology and have worked with Phillip daily at Brookwood Baptist Princeton Hospital.  I can assure you, he is a great person, father, husband, and professional in every way.  He goes above and beyond the call of duty to help others.  The compassion he displays daily not only to patients but to co-workers and staff is exemplary and consistent.  He lifts everyone with whom he meets.  Phillip is honest, trustworthy, and a great leader.  He benefits our society in every way.
    I can go on and on your Honor because frankly Phillip is much more to me than an employee. He is family to all of us here at Princeton.  I pray that the court will show mercy in this case.  Phillip needs to be taking care of his family and patients.  Please feel free to contact me with any questions.  I am happy to assist in any way possible.

Sincerely,

Dr. Richard J. Lewis
(205)-567-3273



# VASCULAR ASSOCIATES OF BIRMINGHAM

MICHAEL A. DRUMMOND, M.D., F.A.C.S.
R. SCOTT McCORD, M.D., F.A.C.S.
JODY ST-CLAIR, PAC

BMC PRINCETON
817 PRINCETON AVENUE, S.W.
SUITE 306
BIRMINGHAM, AL 35211
(205) 783-0160
FAX (205) 788-6249

UAB MEDICAL WEST
985 NINTH AVENUE, S.W.
SUITE 507
BESSEMER, AL 35022
(205) 481-7786
FAX (205) 788-6249

EMAIL: MADMDPC@YAHOO.COM

March 2, 2021

To whom it may concern,

In response to a request today from Phillip Bromley asking if I would consider writing a "character letter" on his behalf, I am honored to offer the following summary:

My familiarity with Phillip Bromley's character comes from many years of working alongside him in the perioperative care of our mutual patients. We regularly work on a team together with Phillip fulfilling his duties as a Certified Registered Nurse Anesthetist and me serving in the role of senior vascular surgeon. Over the years, Phillip has become my first choice out of the very talented group of nurse anesthetists our hospital provides. Phillip is clearly the best trained, best prepared, most dedicated and mature CRNA with whom I have had the privilege to work throughout my years as a surgeon.

In his approach to every patient from the time of his preoperative assessment and plan; to his intraoperative skill and oversight; continuing to the safe delivery of the awakened patient to the recovery room or ICU; Phillip is sharp, precise, compassionate and collegial. Frankly, all of his fellow CRNAs look up to him as their leader with tremendous respect, regularly calling upon him for advice and mentorship in his role as Chief CRNA at our hospital.

Phillip is considerate of coworkers at all levels and works seamlessly with other team members. He consistently models humble servanthood. In doing so, he sets the standard for his peers.

Up and coming CRNA students benefit from Phillip's guidance as well in his role as a clinical preceptor for the training programs at UAB and Samford University. Most days, Phillip is providing hands on teaching to these fortunate students, as he freely gives of his time to proctor their educational journey in a safe environment of learning.

In summary, based on years of experience, I have come to rely on Phillip Bromley's expert skill and partnership in the care of our mutual patients. He displays outstanding moral character manifested in his actions daily. He sets the standard at our institution through his pursuit of excellence for the sake of our patients. We have all been richly blessed by him. We look forward to his return to our side.

Sincerely,

Michael A. Drummond, M.D.

**Forrest Bradford Sheffield**

April 18, 2021

The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue, N.W.
Washington, D.C. 20001

        Re:   **United States v. Phillip Bromley**
               **Case No.   1:2021cr00250**

Dear Judge Friedman:

I understand Phillip Bromley will be coming before you in the near future for sentencing. I do not know much about the case, but I have known Phillip from my association with him for over eleven years. I have worked with Phillip since 2011 and have become dear friends with him and his family.

His attorney suggested that my writing to you would be of some benefit to the overall disposition of his case.

Judge, I feel that Phillip is deserving of grace and a favorable decision on your behalf. There would be zero benefit to society for Phillip to be incarcerated. I know that he is committed to his family and takes great pride in supporting them. This has been an extremely difficult time for him and he has shown great strength and humility. I know without a doubt that he is truly sorry for his actions. I do not feel he needs rehabilitation, deterrence, and excessive punishment. I pray that you will see fit to consider him for leniency and mercy.

I would welcome an opportunity to discuss this matter with you at length, but the distance is so great and the expense is substantial. However, if you would prefer to see me, I will try to make arrangements to come and testify on his behalf. Perhaps this letter will be an indication of my feelings and knowledge of Phillip.

Forrest Bradford Sheffield

The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U. S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue, N. W.
Washington, DC  20001

April 8, 2022

          Re:  United States v. Phillip Bromley
             Case No.   1:2021cr00250

Honorable Paul L. Friedman:

I write in support of Phillip Bromley and request the court's leniency and compassion in this matter.  Neither I nor Phillip support the actions that resulted in law enforcement involvement in this situation.

I am chief anesthesiologist at Russell Medical Center and a partner in Anesthesia Services of Birmingham, Phillip's employer.  We hired Phillip almost one year ago, knowing his legal matters were unresolved.  He received glowing recommendations from his previous employer and others we contacted regarding his history, temperament and professionalism.  Phillip has met and exceeded our hopes and expectations.  He has proven to be an outstanding anesthetist but, more importantly, an outstanding citizen and person.  He provides not only great medical care, his upstanding character is evident to all associated with him.

Russell Medical is a smaller community hospital in rural Alabama and provides surgical services to a four county area.  Phillip is an integral part of our surgical/anesthesia department and his absence would impact our ability to deliver timely and appropriate care.  But, more than that, I have seen Phillip's depth of character, compassion and commitment.  Phillip needs to be here taking care of our patients and his family.  I sincerely hope the court agrees.  I am happy to discuss further or assist however possible.  Thank you.

Respectfully,


George Nelson Cooper, Jr. MD
256-496-4496

**Jami Smith**

**4/17/2021**

The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   United States v. Phillip Bromley
Case No.     1:2021cr00250

Honorable Judge Friedman:

I am writing on behalf of Phillip Bromley.  I have recently been made aware he will be coming before you in the near future for sentencing. I am not fully informed to the specifics of his case, but I have known Phillip in a professional capacity for close to three years. My first encounter with Phillip occurred as an anesthesia student under his mentorship and guidance.  Having years of experience in healthcare myself, I was captivated by the level of compassion, professionalism, and leadership he contributed to our community hospital.

As a suggestion from his attorney to the overall disposition of his case, I am hoping my insight of the character I witnessed could be beneficial. The consistency and conviction in his care for the community and his anesthesia team eventually led me to pursue a position at the same hospital. His leadership skills are unrivaled by any previous management for which I have ever worked. He is fair, genuine, honest, and openly considered all concerns brought before him. In addition to his management skills, I observed a loving father and husband. The way Phillip spoke of his family and God truly inspired me, inspired his coworkers, and inspired his patients. I implore you to consider leniency and mercy for him, as I know that he belongs at home with his family, and at a place of work where he can continue to touch the lives of patients and staff alike. He has truly lived a life of service: to his country and to the community.

I ask that you consider the years of character that I have personally witnessed, and the immense number of lives that Phillip has personally had an impact on. He is a man that has garnered admiration and trust from those that have spent the most time with him over the years. Our work family misses him, his family needs him, and

his patients deserve him. I have seen him give many others a second chance, I pray that you will also extend this grace to him.

*J Smith*

Jami Smith

**JAMES A. WOOD**
2510 Genoa Way Apt 412 Birmingham, AL 35243
(205) 601-0503
Jwoodbsn@gmail.com

April 11, 2021

The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Friedman,

I have worked alongside Phillip as a Certified Registered Nurse Anesthetist (C.R.N.A.) for the last two years at Princeton Baptist Medical Center; prior to that, I worked with Phillip as a student nurse anesthetist while I was at Samford University.  As you may know, Phillip led our nurse anesthetists from before the time of my hiring up until this year's events at the capitol. Phillip first qualified himself to be our Chief C.R.N.A. because of his experience and excellence in practice.   What ultimately earned him the position was his leadership ability, integrity, selfless sacrifice, and devotion to advocacy for our patients.

Before describing who Phillip is to Princeton and what he means to our team, please allow me to tell you how he has personally affected my life.  Besides being a tremendously gifted teacher, mentor, and guide for numerous students over the years, Phillip advocated for me when few others would.  As a student nurse anesthetist, I made a serious mistake in the clinical portion of my education; this mistake occurred around a time of immense familial turmoil.  My conceited and careless response was to continue to practice anesthesia despite being sleep deprived and frequently distracted from my responsibilities.  Since word-of-mouth travels fast in the medical community of a smaller city, this issue followed me after I atoned for my mistake and graduated from my program.

During the interview process at Princeton, Phillip came to my defense.  With our anesthesiologists, Phillip attested to my abilities as a nurse anesthetist.  He believed that the

mistake I made was not rooted in ignorance or a knowledge deficit, but it was a case of poor judgement and decision-making.  He argued that this one mistake should not define my career moving forward, and because of his recommendation, I am currently on staff and taking call at Princeton.

Phillip has an honorable military background that has taught him how to lead by example, with excellence.  In fact, he was one of our most proficient anesthetists; he specialized in providing anesthesia for complex vascular surgeries on patients with numerous comorbidities but could provide anesthesia for any surgery at any time.  Additionally, Phillip took weeknight and weekend call for us.  He sacrificed time with his wife, Emily, and son, Owen, to help make up for staffing deficiencies and meet the needs of our team.  As a further illustration, any necessary changes that Phillip asked us to make to our individual anesthetic practice, he implemented first; He never asked us to do anything that he was not willing to do himself.

As nurses, we are the last line of defense safeguarding our patients from potential harm; our paramount responsibility will always be to advocate for the best interests of our patients.  Phillip had the courage to stand up for our patient's best interests while balancing these needs with the demands of other parties in the hospital.  He was able to be firm when needed, but could also work to diplomatically solve problems with surgeons, administration, operating room staff, etc.  Phillip's integrity and virtues are anchored in his Christian faith.  He believes that he has been called to serve the people of Birmingham and he tries to treat others as his Lord Jesus Christ would treat them.

As a group, I can decidedly say that Phillip's actions during the "Save America" riot caught my coworkers and I off-guard.  We could not have envisioned a scenario in which Phillip would allow himself to be associated with a destructive and disorderly mob.  It was even more difficult for us to believe that he continued marching with this mob as they broke through multiple barricades en route to breaching and destroying the capitol building.  What he was a part of in Washington D.C. that day is not an accurate representation of his character or the values that govern his life and decision-making.  Since that day, Phillip has had time to process all that has happened, and I have spent several hours on the phone with him.  Based on our conversations, it is my opinion that he is deeply remorseful for his actions.  He has disengaged entirely from political discourse and he looks forward to getting an opportunity to turn this

mistake into a positive learning experience; his desire is to continue to live out his calling and serve the people of Birmingham once again.

As you continue to become acquainted with Phillip through this process, I trust that what is described in this letter will be in alignment with your personal observations.  Phillip is an honorable man with high character; the poor judgment and decision-making that he displayed on January 6, 2021 is uncharacteristic of who he truly is.  The mistakes he made on that day do not define him, just as my past mistakes do not define me.  He still has a bright future ahead; the city of Birmingham needs Phillip Bromley back.


With sincerity and respect,

James Alan Wood, MSN, BSN, CRNA

Jason Stacey
4/20/21

The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: United States v. Phillip Bromley
Case No. 1:2021cr00250

Dear Judge Friedman:

I am writing to you as a character reference of Phillip Bromely. I am aware he is coming before you for sentencing related to his decision and actions on Jan. 6 at the capitol. I am, as he is, very disappointed in what took place that day but I would like to convey a message to you that Phillip is a man of integrity, principle, and faith.

Phillip and I have worked together for almost 7 years. Phillip demonstrates strong leadership among our co-workers and profession. He has been honored several times for mentoring students from local anesthesia programs. He was a great mentor for me at the start of my career, even to this day; I can rely on him as a guide. He is also well respected, not just within our group, but also from nursing techs to surgeons. This is a reflection of Phillip's treatment of the people around him. He treats everyone with dignity and fairness regardless of his or her status.

I have personally seen his qualities carry over outside of work. One moment comes to mind; we have on occasion gone to eat and hang out after long week of work. On one of these nights, it had gotten late and we were preparing to go home but Phillip noticed a man leaving that was too intoxicated to drive. Multiple people saw this as well but did nothing. At that moment, Phillip looked at me and said we have to do something then walked out. I followed, of course, to watch Phillip speak to this man for several minutes. He managed to convince the man to return the restaurant and wait for a ride. This is an example of how Phillip was willing to take action to do the right thing and prevent that man from making a bad decision.

Phillip's faith guides him with these characteristics previously mentioned. He shares scripture with those needing and willing to listen. If you were look around our workplace, you often times find notes written with inspirational scriptures. We do work in a very stressful and demanding profession; it helps to know that you have a friend that cares about you.

We are not perfect by any means and often times, make bad decisions of our own. I don't know why Phillip made that decision on Jan. 6 but I am certain that he is truly disappointed and regretful of his actions. I ask that you consider Phillip's overall character for his judgment.

Sincerely,
Jason Stacey

**Joseph Spencer Handley**

April 20, 2021

The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   United States v. Phillip Bromley
Case No.     1:2021cr00250

Dear Judge Friedman:

My name is Spencer Handley and I have worked as a Certified Registered Nurse Anesthetist (CRNA) in Birmingham, Alabama for the last 5 years. I have come to understand that my friend, professional colleague, and mentor Mr. Phillip Andrew Bromley will be appearing before you in the future for sentencing related to a past offense. I in no way claim to know the specifics or details related to the case at hand, however, I can without hesitation provide you with an accurate representation of Phillips true character and moral standard. His attorney suggested that my writing to you and articulating the aforementioned character might have some form of impact regarding the overall outcome of his case.

Prior to my professional entrance into the field of anesthesia I sought out many CRNAs to truly understand what the profession entailed. Phillip was the one person who took an interest into my future through mentoring, providing me with shadow opportunities, and providing overall encouragement. After my completion of anesthesia school, I chose to work alongside many of the professionals I sought advice from, but mainly because I knew the character and integrity Phillip Bromley possesses, and if he chose to work in a certain location and/or environment that is where I wanted to be. Shortly after my professional career began, Phillip was promoted to our Chief CRNA. He oversaw a department of roughly 20-25 highly successful CRNAs, and he handled this flawlessly. As I am sure you understand, being the chief or manager of any department is full of conflict resolution and advocacy on behalf of your peers. I am not sure there was a person more uniquely gifted to take ownership of this role and do it with the professionalism and respect that Phillip displayed. Phillip is highly respected in not only the operating room, but throughout the hospital. I have had discussions with many Physicians, and other

healthcare providers, regarding Phillip's character and his ability to provide care for patients. Personally, I continue to learn from this man, because he has an immense respect for authority, is fair and rationale, and is a devoted father and husband. My Christian faith is my guiding principle in life. Phillip, who is alco a practicing Christian, has exemplified his faith and incorporated these traits into his care for his not only his patients, but also everyone he encounters everyday. He has led countless bible discussion groups at the hospital, taken up donations for multiple staff members when they were enduring difficult circumstances, and provided prayer and compassion to many in the workplace as well as the community. Phillip and I have been friends outside of work dating back roughly 7-8 years. We have been fishing together, had family meals together, and worked alongside one another in the most intense of circumstances. Not once have I seen this man display anything short of exemplary character.

Judge Friedman, I do not pretend to understand the actions or thought processes that took place earlier this year. However, I can unequivocally state that those actions were completely unrelated to the nature and moral composition I have come to know of Phillip Bromley. It is my opinion that under the circumstances it would be of absolutely no benefit to incarcerate him for any length of time. I genuinely believe that Phillip has had time to reflect on his actions and recognize his error in judgement. While that may not constitute justice in the eyes of some, when you possess the moral fabric of this man, it does more than any period of incarceration could ever do. Phillip has a family who depend on him not only financially, but also emotionally, and as the religious leader of his home. I humbly ask that you extend mercy his way for this momentary and uncharacteristic lapse in judgement.

My professional career working in an operating room creates an often changing and at times rigid work schedule. With that said, I welcome the opportunity to meet with you and discuss any of these matters further if you so choose. I am prepared to testify on Phillip's behalf, if necessary, and would do so without pause. My hope is that this letter elucidates the moral and ethical fabric that make up Phillip Bromley. He has my deepest respect and admiration as a father, husband, professional colleague, and friend.

Thank you for your time and consideration.

Sincerely,


Joseph Spencer Handley

I understand Phillip Bromley will be coming before you in the near future for sentencing. I do not know much about the case, but I have known Phillip from my association with him for over _____ years. [Explain how you know the defendant and any relationship with the defendant.]

His attorney thought/suggested that my writing to you might be of some benefit in the overall disposition of his case, etc.

Judge, ("He is worth saving", or words that convey your feelings that he/she is worthy of favorable consideration by the Judge). I really do not believe that it would be a benefit to society to incarcerate him/her for a long period of time under the circumstances. I know that he/she does want to and needs to support his/her family. I know he/she is truly sorry for and do not feel he/she needs rehabilitation, deterrence, and excessive punishment. I hope (trust, wish, etc.) that you will see fit to consider him/her for leniency and mercy.

I would welcome an opportunity to discuss this matter with you at length, but the distance is so great and the expense is substantial. However, if you would prefer to see me, I will try to make arrangements to come and testify on his/her behalf. Perhaps this letter will be an indication of my feelings and knowledge of [defendant].

Your signature

**DO NOT COPY THIS LETTER, PUT IN YOUR OWN WORDS.  THANK YOU.**

Mary E. Washington

212 Creekwood Court

Helena, AL 35080

(205) 807-9992

maryw4000@att.net


March 3, 2021


To Whom It May Concern


I have known Phillip A. Bromley for over 23 years. We first met at Health South Hospital the summer of 1997 where we were both bedside nurses in the ICU. He was always punctual, courteous, focused and very attentive to patient care. I loss contact with Phillip when I left to go to UAB's Nurse Anesthesia Program. We reconnected around 2008 when Phillip came through Baptist Medical Center Princeton as an anesthesia student. I strongly campaigned for Phillip to join our staff because I had always found him to be a hardworking, deep thinking and intelligent individual who was honest to a fault. In my role as Chief Nurse Anesthetist, I valued all these attributes because I valued staff input in our constantly changing and demanding discipline. I always knew Phillip would tell me his true opinion about issues and needs without giving me a song and dance just to better his standing. When I needed input on the computer system, staffing issues, etc. I sought his input. During emergencies he would jump right in and help without requiring a lot of direction. His skill set in the anesthetic discipline is top notch and he loves a challenge. I recommended his care when I was unavailable to care for family and close friends.


We developed a trusting, friendly relationship with mutual respect and admiration that led to me suggesting he replace me when health issues forced me to retire unexpectedly. He stepped into the role and excelled resulting in a smooth transition. He was one of the few people at work I trusted enough to share my weaknesses as arthritis ravaged my joints because I knew he wouldn't use my illness to manipulate and challenge my leadership and authority. He follows a strong moral code in making decisions. Whether you agree with him or not, you have to respect him because he comes from a place of godliness and dedication to family and friendship. One of the most important things I learned from Phillip is the importance in having an enjoyable outlet when you have a stressful job like ours. I couldn't get into hunting which Phillip loves but I found time to read and relax instead of going at life full throttle all the time. Phillip is the person you can count on in good and bad times.

Sincerely,

Mary E Washington, MNA, CRNA, BSN, RN
Retired Chief CRNA for Southern Anesthesia Management

Michael Antonetti
April 20, 2021

The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   United States v. Phillip Bromley
Case No. 1:2021cr00250

Dear Judge Friedman,

I am aware that Phillip Bromley will soon have a hearing regarding his sentencing in the case listed above. I unaware of all the details regarding the case, but I have had a close working relationship with Phillip for nearly seven years. I am an anesthesiologist and practicing partner of Southern Anesthesia Management in Birmingham, Alabama, and Phillip was the Chief CRNA for our group at Princeton Baptist Medical Center. Phillip may have suffered from a lapse of judgement, but I can assure you, Phillip never intended to do harm to anyone, or anything, and he is no threat, in any way, shape, or form, to society.

Your Honor, I can comfortably and confidently say without reservation that Phillip is one of the finest men I have met in my entire adult life. Phillip, as both a person and as a professional, is an unrivaled embodiment of the passion for service. Phillip works as hard to treat people with respect, and to comfort them in their most vulnerable of times, as he does to save their lives in the OR. Phillip excels clinically, while selflessly leading a group of 20+ highly trained anesthetists. He has proudly served our country. He is a strong man of Faith who leads small groups in his local church. He is a role-model for every student nurse anesthetists he teaches, and a prime example of what every CRNA should strive to become.

I know Phillip is very truly sorry for, embarrassed by, and ashamed of his actions. No one is harder on their self than Phillip. Phillip needs to be with his family. Phillip needs the opportunity to take care of people. He needs to continue to teach people, to lead people, and his position in society allows him the gift of a greater reach. The tough lessons he has learned through this event would be much better served out in the field, rather than in a detention facility. I hope and pray that you will be able to consider Phillip, Phillip's heart, and the context provided by the terribly confusing state of our country, to judge Phillip in light of what great potential benefit he could provide to his local community, fully understanding what society may lose with him incarcerated or incapacitated by excessive punishment, and how little there is to ultimately gain in falling to the aforementioned.

I would welcome an opportunity to discuss the specifics of this matter with you at length, but the distance is great, and the expense is substantial. Perhaps this letter can serve as indication of my feelings and knowledge of Phillip. If anything else is needed from me in support of Phillip, please do not hesitate.

Sincerely,

Michael Antonetti MD

# MICHAEL D. MASON

4/19/2021

The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   United States v. Phillip Bromley
Case No.   1:2021cr00250

Dear Judge Friedman:

I understand Phillip Bromley will be coming before you in the near future for sentencing. I do not know much about the case, but I have lived next to and been friends with Phillip for over 7 years. My wife and I moved next door to Phillip in the summer of 2014. The first time I saw him, he was in his backyard with his oldest son and he was the first person to wave to me. After a few days, we met and spoke in person, and we both realized we share many of the same interests. From there, we would take time to talk whenever we saw one another. One day he told me that he wanted to start a men's Bible study group with his best friend Ben, whom I had not yet met, and I. It was then I started to consider Phillip a good guy to know.

Jumping forward to 2016, Phillip, Ben and I are like brothers. Around Thanksgiving 2016, my dad had a stroke in his home and later went blind in the hospital. I blamed myself for this happening, since I was his caretaker. So the night before Thanksgiving was our weekly men's Bible study at Phillip's home. I sat at the table with Phillip, Ben, and my father-in-law Gene explaining why I felt guilty and could not control my guilt and anxiety. So Phillip, as the leader of the group and my best friend, stepped up to help. The most clear memory I have of that night was when he said to me that I was spiritually under attack.  He opened his Bible and read out loud Joshua 1:9 to calm me down.

I fell into a deep depression for the following few weeks.  He checked on me every day, invited me to come next door whenever I was home alone, even paid for my doctor visit and medicines. So once I realized he was correct--that my dad's medical condition wasn't my fault--I started to feel better and I considered Phillip more than a friend: he became like a brother to me.

In 2017, the three of us decided to team up for an obstacle course race, trained together for months, and helped one another finish the race as a brotherhood. I say all of this because Phillip went out of his way to become a great neighbor,  friend, and brother. He invited my wife and I into their family when we didn't know anyone else in the neighborhood. He never gave up on me in my darkest time and was always available if I just needed to have someone to talk to. In return, I have done my best to reciprocate when he needs someone to talk to while he is going through a difficult situation himself.

We meet every Monday for our Men's Group and at Church to support him. I have personally witnessed Phillip spending the meantime becoming an even better man, husband, and father.

His attorney thought my writing to you might help the outcome of his case.

Judge, Phillip Bromley is a devoted father, husband, teacher, boss, a great friend, and generally the kind of person you would want to live next door to in good times or in a crisis. He is respected in his line of work and has been for years. He served his country as a medic in the military and cares for this country and his family. He knows how to save lives, physically and spiritually, whether it was during his time in the military, as a CRNA in hospitals, or as a friend to go to for advice. I hope this letter helps anyone who is interested, understand the kind of man Phillip Bromley is and that he is worth giving a second chance.

Phillip has a wife and young son who rely on him.  I do not believe time in prison would do anything for society aside from create hardship for his family.  He has repeatedly expressed how sorry he is, and so does not require further punishment to impress a lesson upon him. Please consider him for leniency and mercy.

Thank you very much for your time.


Michael D. Mason

April 19, 2021


The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue, N. W.
Washington, D.C. 20001


To whom it may concern:

I would first like to start by saying thank you for giving me the opportunity to tell you about the Phillip Bromley that I have come to know. I first met Phillip in January of 2012. I was on the path to become a nurse anesthetist and just beginning my first hospital rotations. To say I was overwhelmed is an understatement. But, during that first rotation I met Phillip Bromley. My first impression of him was that he was a man of purpose. Every movement, every decision, and every action I observed was deliberate, focused, and efficient. The most impactful characteristics I observed and admired about Phillip was his patience and compassion. As a professional, he was and, still is, someone that inspires and encourages me to be better. Over the course of the last 9 years, my relationship with Phillip has taken on many labels. Initially, he was a preceptor that greatly influenced my professional development. After finishing school, I was fortunate to become Phillip's co-worker. He became a trusted resource and someone I could always count on for help or advice. During the past two years, Phillip has been my supervisor. In this role, he was very well respected and known for his leadership and dedication to being fair and consistent. Phillip is an excellent communicator and displays qualities that inspire everyone around him. He is truly a man of honor and integrity. I am very proud to also call Phillip my friend. He has been someone whose advice and counsel I have come to rely on and appreciate.

Since the incident that occurred at the Capitol, I have had very little contact with Phillip. His absence at the hospital has been felt by everyone, and he is greatly missed. The contact we have had has been very brief. I would ask if he was okay or if he needed anything. He was very quiet about it, and I did not push. About 2 weeks ago, I called Phillip to check on him. This time, he was very open and we talked about everything. Phillip told me about that day, the following weeks and the process of his arrest. He spoke about the charges he faces and the potential outcomes. The general feeling I got from Phillip that day was that he is ready to face this, head on, so he can make amends and get back to doing what is most important to him. I think this whole experience has had a significant impact on his life. He has been seeing a counselor to help him process and understand the events of that day. At this point, I firmly believe he is focused on being the best father to his son, husband to his wife, and member of his community that he possibly can be. The charges he faces are serious and I do not believe that he will dispute or deny his involvement. I do, however, believe Phillip found himself in that situation with the best of intentions. I do not believe he went to Washington with the intentions of civil disobedience or violence. I really hope you find it in your heart to take into account Phillip's role in the medical field, his past military service to this country, his wife and young son who need him at home as you navigate his case.

Thank you for your time devoted to read my letter. I hope it has accomplished its goal of conveying just how special and needed that Phillip Bromley truly is.

Respectfully,

Nicholas A Peck
5308 Meadow Garden Lane
Birmingham, AL 35242
peckrn@aol.com
205.960.3150

The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012

333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: __United States v. Phillip Bromley__
Case No. 1:2021cr00250

April 13, 2021

Dear Judge Friedman:

I first met Phillip Bromley around 2009 when he was a graduate student in nurse anesthesia.  I had the opportunity to serve as one of his clinical preceptors and was immediately impressed with him.  To date, I have not worked with a more excellent student.

Needless to say,  I was thrilled when, in 2010, he came to work at my facility.  Over the years, Phillip became a trusted colleague and confidante.   Time and again I witnessed Phillip's compassion for patients and coworkers.   In 2018, Phillip was promoted to the role of Chief Nurse Anesthetist.  I found his actions to always be fair, equitable and honorable in this role.  I have always found Phillip to be a person of the highest moral and ethical standards.

On a more personal note, I know that Phillip has a young son who needs him to remain at home. Phillip is also the only child of aging parents who he helps to care for.  Removing Phillip from his family and community would result in hardship and loss for them.   I hope that you will consider Phillip's circumstances with leniency and compassion.

Sincerely,
Ginger Green Osborne

The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Re: United States v. Phillip Bromley**
**Case No. 1:2021cr00250**

Dear Judge Friedman:

I am writing this letter to you in support of Phillip Bromley who is coming before you for sentencing in the near future.  I had the pleasure of working closely with Phillip for the last 5 years at Princeton Baptist Medical Center in Birmingham, AL.  I am a board certified anesthesiologist with Southern Anesthesia Management and I was Phillip's employer during this time period.

I hope by writing you this letter that I may convey how I have come to know Phillip as a man of honorable and selfless character.  Phillip and I have personally taken care of thousands of critically ill patients in the most medically underserved and impoverished area of Birmingham. I have witnessed his compassion, kindness and commitment to his patients in the most stressful and daunting situations.  His dedication to protecting his patients and in supporting his colleagues is beyond reproach.  Phillip's remarkable character led him to be appointed as the chief nurse anesthetist of our division as well as the head clinical instructor responsible for training future nurse anesthesia students.  One of his greatest qualities is his strong sense of duty and honor which I believe he derives from his exemplary military service as well as his unwavering Christian faith.  In summary, I have come to know Phillip as a selfless protector and I would take comfort to see him watching over me or my family in a time of need.

Judge, I am aware of the charges of which Phillip is facing and I hope that you may consider this letter and his untarnished record as testaments to his remarkable character.  I know that Phillip feels great remorse for his misguided actions and is working to rectify his mistakes.   I do not believe it would benefit society to levy an excessive punishment or incarceration upon Phillip and I hope you may consider some leniency in his sentencing.   I know that as a man of strong Christian faith that Phillip will strive for redemption in the eyes of both his higher power and his family.  Phillip is a loving and devoted father and husband and I pray that he continues to have the ability to provide and support his family.  I would welcome the opportunity to discuss this matter in detail.  I hope this letter will clearly convey my knowledge and respect of Phillips moral and ethical standing and may grant some consideration of leniency in his case.

Sincerely,
Arpan J. Patel, M.D.

**Philip C Johnson MD**

April 13, 2021

The Honorable Paul L Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue, N.W.
Washington D.C. 20001

Re:   <u>United States v. Phillip Bromley</u>
Case No.   1:2021cr00250

Dear Judge Friedman:

I understand that Phillip Bromley will be coming before you in the near future for sentencing. While I don't know all of the details of the case, I have known Phillip for almost 8 years now and can speak well of his character. I am a physician anesthesiologist and have been privileged to have Phillip work for me as a nurse anesthetist at a community hospital in Birmingham, Alabama. There we work as a team to provide anesthesia for patients in the operating room. Over those years, Phillip and I have found ourselves taking care of some very sick patients, sometimes in stressful situations, and Phillip always carried himself in an exemplary manner. Phillip has served as our chief nurse anesthetist, a position offered to him because of the excellence in which he did his job and the mutual respect that he received from both nurses and doctors. Whether dealing with a very sick patient, performing a task that others would bemoan, or going the extra mile, Phillip would always smile and answer "Yes Sir!". Sometimes we doctors would joke that his nickname should be "Yes Sir" because literally his answer was always "Yes Sir! We'll get it done, Doc!" Once I even had a surgeon become upset at me because Phillip wasn't assigned to work in his operating room every single day. "Dr. Johnson", he said "In my opinion, every nurse anesthetist needs to ask one question while they are in my room - 'WWPBD' – What would Phillip Bromley do?".

Judge Friedman, I understand that these are serious charges before you. I also know that Phillip has been an important member in the community, in the operating room, and to his wife and young son at home. I do not believe it would be a benefit to society to incarcerate Phillip for a long period of time under these circumstances. I know he would like to be able to provide for his family and raise his son. I know that he is truly sorry for his actions and I do not feel that he is one that needs rehabilitation or a severe punishment. I believe that would be a disservice to his co-workers, his community, his patients, and most of all his family. I hope that you will see fit to consider a merciful punishment for him.

I would be happy to discuss this matter further if needed. Thank you for your time.
Sincerely,
Philip Johnson MD

Your Honor,

    First of all, thank you for giving a portion of your valuable time to this letter of character on behalf of Phillip Bromley.

My name is Ralph Owens Norsworthy II. I am Mr. Bromley's Father-in-law and I must say I am very proud of the way he has conducted his life.

Phillip is a proud son, father, husband, and leader. He was the Chief of CRNAs at Princeton Hospital and very well thought of by all his colleagues.

    I believe Phillip is of exemplary character in part because he is in no way trying to avoid his responsibility in this matter. And also because

never once has he ever failed to follow through with a promise or task given to him. He is a veteran and a proud patriot.

Phillip loves America and would never do anything to harm our freedom, our way of life and the free speech which is guaranteed by the

2nd amendment of our Constitution.

    Your Honor, Phillip was in our Capitol not to cause harm, but to show support and to defend all our rights under the Constitution.

Phillip is a good man and I'm asking for your consideration of leniency in this matter.

Thanking you in advance,
Ralph O. Norsworthy II

April 14, 2021

The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue, N.W.
Washington D.C. 20001

Dear Judge Friedman,

I have known Phillip Bromley for approximately 10 years in a professional capacity. I have been in practice in Otolaryngology in Birmingham, AL for 30 years. During that time, I have been involved in hundreds of surgical procedures in which Phillip was the CRNA (Certified Registered Nurse Anesthetist). In all this time, I can truly say that I have never had a finer CRNA. Professionally, Phillip performs at the highest possible level. He has saved many lives as a result of his abilities and knowledge. I have observed him many times coming in to assist the anesthesia team in a time of crisis when he could have been at home with his family or doing leisure activities. His dedication to patients is unquestioned.

While I do not agree with the actions taken by Phillip on January 6, 2021, I know beyond a doubt that Phillip undertook these actions because he felt they were in the best interest of this country. I also know that Phillip would never willingly hurt another person. As you undoubtedly know, Phillip is a veteran who was deployed and served his country with distinction on foreign soil. He also has a son who is currently serving his country on foreign soil. Phillip is passionate about his beliefs and is an exemplary husband and father.

Over the years, Phillip has been involved in the process of educating CRNA students. As I am performing surgery, I often listen as Phillip teaches the student that are assigned to him. I am always impressed by his knowledge and his ability to impart this knowledge to his students. He is a kind, patient, and effective instructor. He has contributed to the education of hundreds of excellent CRNAs throughout the southeast and the entire country.

How many people can truly say that they have saved a life? Through the years, I have seen Phillip save many. I know that he is responsible for aiding, caring for, and saving the lives of many of our veterans also. He has also seen too many of our service men and women die. I cannot profess to know all the motivations behind Phillip's actions on January 6, 2021, but I have to believe that his experiences in this regard certainly played a large part. I know beyond a shadow of a doubt that Phillip loves his country passionately. He is perhaps the most patriotic person I know. While I am not a veteran, my father was combat veteran along with many other members of my family. They all share the quality of an extreme love of and appreciation for this nation. I assume this is a result of giving a portion of your life to defend this nation on foreign soil. While I do not condone Phillip's actions on January 6, I do know Phillip's heart, and I can say that there is none better.

Sincerely,


 Randall L. Real, M.D.
Chairman, Department of Otolaryngology/Head and Neck Surgery
Brookwood Baptist Medical Center Princeton

Scott Smith, CRNA
205 Gusty Lane
Gardendale, AL 35071


April 20, 2021


The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue, N.W.
Washington, D.C. 20001


To:  The Honorable Judge Friedman,

I have had the honor of knowing Phillip Bromley for 14 years.  During the years of our friendship, I have
known Phillip in many capacities.  Phillip was my classmate during our time in the Nurse Anesthesia
Master's Degree program at The University of Alabama at Birmingham.  He became my co-worker when
we both accepted positions as a Certified Registered Nurse Anesthetist (CRNA) at Princeton Baptist
Medical Center in Birmingham, Alabama.  Phillip climbed the ranks within our department, first
becoming Clinical Instructor to nurse anesthesia students and then advancing on to be my supervisor
when he was promoted to Chief CRNA at Princeton Baptist Medical Center.  In the 14 years I have
known him, Phillip consistently demonstrates a genuine love for people, generosity, kindness, and a
desire to invest himself in others.   His faith in God guides his moral compass.

I have known many people over the years, but few have had the kindness and generosity that Phillip
does.  He loves people and seeks ways to help ease the burdens others face.   Phillip routinely
volunteered to work beyond his shift in order to let another coworker leave to attend family functions.
On one such occasion, Phillip offered to stay late for me so that I could attend my son's first baseball
game.  Also, his kindness shines through when he volunteers his time to guide young children on
exploring the great outdoors.  Phillip loves nature and was especially helpful to me when my son wanted
to go hunting for the first time.

As coworkers, I have had the opportunity on numerous occasions to witness Phillip in his interactions
with CRNA students.  He exhibits patience and the ability to explain and demonstrate anesthesia
strategy clearly, thus instilling understanding and confidence in the students he mentors.  His desire to
invest his knowledge and experience in others has far-reaching benefit to the medical community.
Phillip cares deeply for his patients, and frequently I have seen him praying with them before inducing
anesthesia.

I've never seen Phillip as proud as when he talks about his family, especially his two sons.  One son is
currently serving our country in the Navy and the other is just four years old.   My own father died when

I was a baby, therefore I know how important it is for Phillip to be home and active in his young son's life.  I missed out on seeing my father cheer for me at my first baseball game.  I missed out on seeing my father lead and guide our family through difficult decisions.  I missed out on having my father teach me how to mow the grass and change a flat tire.   The best place for Phillip to be is at home with his family.

Phillip is an outstanding member of society, an invaluable asset to the medical community, and irreplaceable at home.   While his conduct related to this case was uncharacteristic, I can say without reservation, Phillip acknowledges his mistakes and is deeply remorseful for his actions.   This experience has changed Phillip and helped remind him what is most important in life, his relationship with God and his relationship with his family.  If I can be of any further assistance, please contact me at scottsmith2010@gmail.com or 205-616-3609.

Sincerely,


Scott Smith

Steven M. Blackwell, MD
Russell Medical Center
3316 US-280E
Alexander City, AL  35010

April 8, 2022

Re:  United States v. Phillip Bromley
      Case No. 1:2021cr00250

To The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Friedman,

Phillip Bromley, CRNA, is a current employee in good standing with our anesthesiology group,
Anesthesiology Services of Birmingham (Alabama), PC.  Mr. Bromley has been working for us
since July 2021, and has become a vital, and frankly, an irreplaceable member of our
work/professional family.  Our anesthesiology group, although based in Birmingham, covers a
small community hospital, Russell Medical Center, in Alexander City, Alabama.  We are an
extremely busy group with five CRNAs who are employed by us and help us cover the myriad of
surgeries, procedures and critical care cases we conduct daily in this small rural community.

Mr. Bromley demonstrates an outstanding and compassionate bedside manner, treating all our
patients with deep respect and excellent clinical skill.  Mr. Bromley's clinical duties include but
are not limited to anesthetizing patients for surgeries and procedures and caring for these patients
during the perioperative period, a critical time for patients undergoing surgeries.  He also assists
us with emergencies among patients in the ICU, O.R., and emergency department, as well as the
care of obstetric anesthesia cases which are usually caesarian section cases.  Phillip also works
very well with our surgical staff, is always friendly and compulsively professional with everyone
he works with daily.  He has become a loved member of our work and professional family.

Without Phillip, we could not care for our population of patients here at Russell Medical Center,
and in fact, would have to close one of the operating room suites which would be a significant
burden for our community of patients; I pray these truths will assist you in his case disposition.

Respectfully,

Steven Blackwell, MD
251-391-5966

Tamara Childers

04/19/2021

The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:     United States v. Phillip Bromley
          Case No. 1:2021cr00250

Dear Judge Friedman,

My name is Tamara Childers, and I am a registered nurse anesthetist. I have known Phillip Bromley since 2013 when I started my job as CRNA. As a new graduate, starting a new job, Phillip was always helpful with any questions or concerns. He was someone I knew if I needed help setting up a room, finding equipment, or just a simple question, he would not hesitate to help. Phillip became chief CRNA in 2018, and I knew he would be a great leader for our anesthesia group. He did an excellent job handling schedule request and running day to day problems that might arise. In 2019, my father was diagnosed with advanced small cell lung cancer. Phillip made a devastating situation, for my family, much easier. He told me not to worry about work as this was a time I needed to spend with my family. Anytime I needed to take off work to help with my dad he was always understanding. If he needed to stay late or pick up an extra shift to cover for me, he did not hesitate to offer. My father died seven months after he was diagnosed with cancer, and I will always be grateful for all the prayers and support Phillip showed to me and my family.

Phillip worked hard everyday to provide for his wife and two sons. He is very proud of both of his boys, and they are blessed to have a wonderful Christian father. I do not believe Phillip should be incarcerated as his family needs him as a father and a husband.

Thank you,

Tamara Childers

Tamara Childers

Veronica Sherrod
April 12, 2021

The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue, N. W.
Washington, D. C. 20001

Re:  **United States v. Phillip Bromley**
     **Case No.   1:2021cr00250**

Dear Judge Friedman:

It is my understanding that Phillip Bromley will be coming before you in the near future for sentencing.  I do not know much about the case, but am praying for this letter to be of some benefit in the overall disposition of his case.

My intentions are not to write this in support of any of anything that may have transpired on January 6th, 2021, but more as a witness to the character of Phillip. I have known Phillip for three years as a friend and co-worker at Brookwood Baptist Princeton Hospital. Phillip is one of the kindest people I know and is an amazing man of integrity.  He is very positive and encouraging to our staff.  He is constantly asking how I am doing and asking if I need help with anything.

Phillip has served as a co-chief over our nurse anesthetists for over two years, managing a team of twenty nurses.  He is a great leader and has the respect of the doctors and hospital staff he works with in all departments.  He is a wonderful husband and father and really needs to be home to support his family.  It is my hope and prayer that the court will show mercy to this great man!

Thanks for taking the time to read this letter and please feel free to contact me with any questions.

Sincerely,

*Veronica Sherrod*

Veronica Sherrod
205-229-9148

**Benjamin Williams**

4/18/2021

The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   **United States v. Phillip Bromley**
      **Case No.    1:2021cr00250**

Dear Judge Friedman:

I understand Phillip Bromley will be coming before you soon for sentencing. I hope that you will accept this letter from me to attest to Philip's character.

I have known Phillip for over 10 years. Our wives introduced us, and we have been close friends ever since. I have always known Phillip to be dependable, honest, courteous, responsible and always willing to step up to help others. We have attended the same church during this time and led/co-led a men's bible study small group together for several years. I watched him grow as a leader and understand that he led a bible study small group with some of his work associates as well. Phillip served on the volunteer church team to provide first aid when needed. Phillip always had a passion for helping others in need and I think that he has proven that in his life professionally and personally. He has always shown a love for his country and hoped that his son would serve in the military. I watched him raise his son, Mitchell, who is now serving his country in the Navy and in the medical field. I truly believe that Phillip's love of his country and his passion to help and heal people was transferred to his son and that legacy is being lived out today.

His attorney thought that writing to you may benefit Phillip in the disposition of his case.

Judge, Phillip Bromley is worth saving. I strongly believe that there would be no benefit to society in having him incarcerated for any length of time under his circumstances. He wants and needs to provide support for his wife and young son. I have personally witnessed how truly sorry he is that any of this happened. I do not believe that he needs any kind of rehabilitation or excessive punishment. I trust that you will witness Phillip's character during these proceeding and hope that you will consider leniency and mercy for Phillip and his family.

Thank you for your consideration.

Benjamin Williams